UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA      96-5051-AEV

UNITED STATES OF AMERICA )      CASE NO: 96-80201
                         )      (Eastern Dist of Michigan)
VS                       )
                         )      REPORT COMMENCING CRIMINAL ACTION
                         )
Jack William Tocco       )      Prisoner No: 51290-079

*************************************************************
TO: Clerk's Office, U.S. District Court: (circle one)

   MIAMI          FT. LAUDERDALE          **WEST PALM BEACH**

(Circle appropriate location for appearance in Magistrate Court)
*************************************************************
All Items are to be completed. Information not applicable or unknown to be indicated by "N/A".

1) Date and Time of Arrest: 3-14-96  6:45 am

2) Language(s) Spoken: English - possibly some Italian

3) Offense(s) Charged: RICO, 18 USC 1951, 1951(A) & 1962(D)

4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

5) Date of Birth: 10-29-26

6) Type of Charging Document: (check one)
   [✓] Indictment    [ ] Complaint to be filed/already filed
   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Case # 96-80201

   Originating District: Eastern District of Michigan

   Copy of Warrant left with Booking Officer [✓] Yes   [ ] No

7) Amount of Bond: _____

   Who Set Bond: _____

8) Date: _____   9) Arresting Agent: SA A. R. Baker Jr

10) Phone _____  11) Agency FBI - Detroit (313) 965-2323

12) Remarks _____